**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **GIANFRANCO NAPOLITANO,** | **CASE NO. 18-17639-AJC** |
| Debtor. | **CHAPTER 7** |
| _____/ | |

**NOTICE OF WITHDRAWAL OF**
**DEBTOR'S MOTION FOR THE IMPOSITION OF SANCTIONS**
**AND AN AWARD OF DAMAGES, PUNITIVE DAMAGES,**
**ATTORNEYS' FEES AND COSTS AGAINST SAINT BRENDAN HIGH SCHOOL**

Debtor, GIANFRANCO NAPOLITANO, by his undersigned counsel, withdraws without prejudice, his Motion for the Imposition of Sanctions and an Award of Damages, Punitive Damages, Attorneys' Fees and Costs Against Saint Brendan High School [ECF No. 21].

Respectfully submitted on this 28th day of August, 2018.

        **LAW OFFICE OF MARK S. ROHER, P.A.**
        *Counsel for Debtor*
        150 S. Pine Island Road, Suite 300
        Plantation, Florida 33324
        Email:  mroher@markroherlaw.com
        Telephone:  (954) 353-2200
        Facsimile:   (877) 654-0090

        By:  */s/ Mark S. Roher*
             Mark S. Roher
             Florida Bar No. 178098

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August, 2018, a true and correct copy of the foregoing was served by CM/ECF on all parties listed below and by scanned email to **Saint Brendan High School** c/o Katrina Ramos [kramos@stbhs.org] and Guillermo Ramos, Vice Principal [gramos@stbhs.org].

/s/ *Mark S. Roher*
Mark S. Roher

Ross R Hartog
rhartog@mrthlaw.com,
FL81@ecfcbis.com;rhartog@ecf.epiqsystems.com;rrh@trustesolutions.net;rhartog@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov