**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                      **Case No. 18-17639-AJC**

**GIANFRANCO NAPOLITANO**                 **Chapter 7**
                          **Debtor.**
_____/

### TRUSTEE'S PROPOSED NOTICE OF ABANDONMENT

> **Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 calendar days after the date of service of this notice.**

**NOTICE IS HEREBY GIVEN THAT:**

**ROSS R. HARTOG, ("Trustee")**, pursuant to 11 U.S.C. § 554(a), Bankruptcy Rule 6007, and Local Rule 6007-1 abandons the following assets of the Debtor:

1.  100% Interest: Professional Helicopter Service
2.  100% Interest: Gan Ric Investment, LLC
3.  100% Interest: Procuven Xpress, LLC
4.  100% Interest: R N M Advertising, LLC
5.  100% Interest: Rumbera Network LLC
6.  100% Interest: Lemela Corp.
7.  100% Interest: Master Media Group, Inc.
8.  55% Interest: Rumbera Network Organization, Inc.
9.  55% Interest: Doral Capital Newspaper Corp.
10. 55% Interest: Doral News TV, Inc.
11. 55% Interest: Doral News Acquisition Corp.
12. Festival Colombo Venezolano, Inc.
13. 100% Interest: Doral Newspaper, LLC

(collectively, the "Assets")

Upon investigation, the Trustee has determined that the Assets are of inconsequential value and benefit to the estate, and that to maintain the Assets would be an unnecessary burden on the estate. ***The failure of any party to file an objection to this notice of abandonment within fourteen (14) days after service of the notice shall be deemed a consent to the proposed abandonment.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Regular Mail (*or e-mail via the Court's BNC), on December 10, 2019, to all parties on the service list below.

Dated: December 10, 2019

By: */S/ Ross R. Hartog, Trustee*
Ross R. Hartog, Trustee
P.O. BOX 14306
Fort Lauderdale, FL 33302
(T) (954) 767-0030
Email: trustee@mrthlaw.com

Alan R. Barbee
1400 Centrepark Blvd #860
West Palm Beach, FL 33401-7421
Gianfranco Napolitano
11102 NW 71 Terrace
Miami, FL 33178-3789

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

American Express
PO Box 650448
Dallas, TX 75265-0448

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Azapraphic Ltd, Inc

Bank of America
PO Box 851001
Dallas, TX 75285-1001

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Cessna Finance Corporation
Two Cessna Blvd
Wichita, KS 67215-1423

Children's Anesthesia Associates P.A.
31100 SW 62 Avenue
Miami, FL 33155-3009

Directv
PO Box 5007
Carol Stream, IL 60197-5007

Directv, LLC
by American InfoSource as agent
PO Box 5008
Carol Stream, IL 60197-5008

Diversified Consultant, Inc
PO Box 551268
Jacksonville, FL 32255-1268

Doral Office Park, LLC
c/o Daniel A. Milian, Esq.
2025 SW 32nd Ave., Suite 130
Miami, FL 33145-2211

Eric D. Coleman, ESQ
Carlton Fields Jorden BUrt, P.A.
100 SE 2nd Street,
Suite 4200
Miami, FL 33131-2113

Finance Department
Tax Collector Division Enforcement
200 NW 2nd Ave
Miami, FL 33128-1735

Infiniti Financial Services
PO Box 742658
Cincinnati, OH 45274-2658

Internal Revenue Service
PO Box 219690
Kansas City, MO 64121-9690

Isabel Arevalo
c/o Armando R. Alfonso, Esq.
255 Aragon Ave.
Miami, FL 33134-5014

Jose Gregorio Inojosa
3001 W. Signature Dr. Apt. 104
Fort Lauderdale, FL 33314-6453

Linebarger Goggan Blair
PO Box 659443
San Antonio, TX 78265-9443

Mando Gonzalez

Mariana Inojosa
3001 W. Signature Dr. Apt. 104
Fort Lauderdale, FL 33314-6453

MDX Tolls
PO Box 865005
Miami

Miami

Miami Herald Media Company
PO Box 3028
Livonia, MI 48151-3028

Nicklaus Childrens Hospital
PO Box 865101
Orlando, FL 32886-5101

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Pediatric Specialist of America
PO Box 865095
Orlando, FL 32886-5095

Pennymac Corp

Pennymac Corp.
c/o Brendan Herbert, Esq.
Akerman LLP
One SE 3rd Ave., 25th Floor
Miami, FL 33131-1715

Rainbow System
Alberto Prieto
15190 sw 136 street
11
Miami, FL 33196-2618

Ross R Hartog
P.O. Box 14306
Fort Lauderdale, FL 33302-4306

Saint Agatha Catholic School
1125 SW 107th Ave
Miami, FL 33174-2506

Santander Consumer USA Inc
PO Box 961245
Fort Worth, TX 76161-0244

SLS Doral, LLC
c/o Brian Kopelowitz, Esq.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301-1928

Southwest Credit System LP
PO Box 650543
Dallas, TX 75265-0543

T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

The CBE Group, Inc
PO Box 2217
Waterloo, IA 50704-2217

Time Inc
Affluent Media Group
PO Box 62272
Tampa, FL 33662-2272

Toll By Plate
PO Box 105477
Atlanta, GA 30348-5477

Wells Fargo Bank, N.A.
Wells Fargo Bank
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Card Service
PO Box 77053
Minneapolis, MN 55480-7753