# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 18-17639 | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | NAPOLITANO, GIANFRANCO | Date Filed (f) or Converted (c): | 06/26/2018 (f) |
| For the Period Ending: | 03/31/2020 | §341(a) Meeting Date: | 08/01/2018 |
| | | Claims Bar Date: | 03/05/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 Furniture & Electronics | $28,553.00 | $0.00 | | $0.00 | FA |
| 2 Clothings | $1,000.00 | $0.00 | | $0.00 | FA |
| 3 Sunglasses | $150.00 | $0.00 | | $0.00 | FA |
| 4 100% Interest: Professional Helicopter Service | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:      Notice of Abandonment [ECF 141] | | | | | |
| 5 100% Interest: Gan Ric Investment, LLC | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:      Notice of Abandonment [ECF 141] | | | | | |
| 6 100% Interest: Procuven Xpress, LLC | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:      Notice of Abandonment [ECF 141] | | | | | |
| 7 100% Interest: R N M Advertising, LLC | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:      Notice of Abandonment [ECF 141] | | | | | |
| 8 100% Interest: Rumbera Network LLC | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:      Notice of Abandonment [ECF 141] | | | | | |
| 9 100% Interest: Lemela Corp. | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:      Notice of Abandonment [ECF 141] | | | | | |
| 10 100% Interest: Master Media Group, Inc. | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:      Notice of Abandonment [ECF 141] | | | | | |
| 11 55% Interest: Rumbera Network Organization, Inc. | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:      Notice of Abandonment [ECF 141] | | | | | |
| 12 55% Interest: Doral Capital Newspaper Corp. | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:      Notice of Abandonment [ECF 141] | | | | | |
| 13 55% Interest: Doral News TV, Inc. | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:      Notice of Abandonment [ECF 141] | | | | | |
| 14 55% Interest: Doral News Acquisition Corp. | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:      Notice of Abandonment [ECF 141] | | | | | |
| 15 55% Interest: Festival Colombo Venezolano, Inc. | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:      Notice of Abandonment [ECF 141] | | | | | |
| 16 100% Interest: Doral Newspaper, LLC | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes:      Notice of Abandonment [ECF 141] | | | | | |
| 17 Hartog v. Napolitano [Adv Case #19-1438]          (u) | $0.00 | $119,295.59 | | $0.00 | $119,295.59 |

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 18-17639 | Trustee Name: | Ross R. Hartog |
|---|---|---|---|
| Case Name: | NAPOLITANO, GIANFRANCO | Date Filed (f) or Converted (c): | 06/26/2018 (f) |
| For the Period Ending: | 03/31/2020 | §341(a) Meeting Date: | 08/01/2018 |
| | | Claims Bar Date: | 03/05/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Asset Notes:**    Trustee is in the process of collection on this Asset. | | | | | |
| 18   Jewelry                                                        (u) | $0.00 | $115.00 | | $0.00 | FA |

TOTALS (Excluding unknown value)                                                                                         **Gross Value of Remaining Asset**

| | $29,703.00 | $119,410.59 | | $0.00 | $119,295.59 |

**Major Activities affecting case closing:**

## FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| Case No.: | 18-17639 |
| Case Name: | NAPOLITANO, GIANFRANCO |
| For the Period Ending: | 03/31/2020 |

| | |
|---|---|
| Trustee Name: | Ross R. Hartog |
| Date Filed (f) or Converted (c): | 06/26/2018 (f) |
| §341(a) Meeting Date: | 08/01/2018 |
| Claims Bar Date: | 03/05/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

03/30/2020    Status: The Trustee has hired counsel (G. Robson), Appraiser (Moecker Auctions) and an Accountant (A. Barbee). Trustee's counsel filed a motion to compel turnover of documents (ECF 32), as Debtor has failed to provide any pre-341 meeting documents.

On 10/18/18, Richard Siegmeister filed a notice of appearance as Debtor's new counsel [ECF 57].

The Trustee conducted Rule 2004 Examination of the Debtor on October 24, 2018 [ECF 59] and November 16, 2018 [ECF 66].

The Trustee hired an appraiser (E. Rubin of Moecker Auctions) to conduct an inspection and appraisal of the Debtor's real property.

The Trustee issued requests for documents from SLS Doral [ECF 50], American Express [ECF 78], Bank of America [ECF 79], SunTrust Bank [ECF 85], a former attorney for the Debtor and companies he owned or controlled [ECF 82, 94], and the Debtor's accountant [ECF 88] and is working with his professionals to analyze the Debtor's financial affairs.

The Trustee filed an objection to the Debtor's exemptions and request for turnover of the over-exempt assets [ECF 112]; Debtor's counsel filed a response [ECF 116]; the matter was set for evidentiary hearing [ECF 122]; and resolved on 10/16/19 [ECF 136].

A default final judgment denying Debtor's discharge was entered on 9/24/19 [ECF 128].

The Trustee has abandoned the Estate's interest [ECF 141], in the following business of the Debtor:
100% Interest: Professional Helicopter Service; 100% Interest: Gan Ric Investment, LLC; 100% Interest: Procuven Xpress, LLC; 100% Interest: R N M Advertising, LLC; 100% Interest: Rumbera Network LLC; 100% Interest: Lemela Corp.; 100% Interest: Master Media Group, Inc.; 55% Interest: Rumbera Network Organization, Inc.; 55% Interest: Doral Capital Newspaper Corp.; 55% Interest: Doral News TV, Inc.; 55% Interest: Doral News Acquisition Corp.; Festival Colombo Venezolano, Inc.; and 100% Interest: Doral Newspaper, LLC.

The Trustee has reviewed claims.

Trustee obtained a judgment denying the Debtor's discharge [ECF 128]. In addition, the Trustee obtained a default judgment against the Debtor and Casco Investments, Inc. . Trustee's counsel (G. Lievano) is working on collection of that Casco Investment judgment. The total amount of judgment is $119,295.59.

CBD: 3/5/19

Tax Returns: Not applicable at this time

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):**    12/31/2021 | **Current Projected Date Of Final Report (TFR):**    12/31/2021 | /s/ ROSS R. HARTOG |
| | | ROSS R. HARTOG |